# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

FILED
AUG 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.
RONALD HARVEY

**CRIMINAL COMPLAINT**

CASE NUMBER:

1: 06  00197

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 06/05 through 08/07/06 in Stanislaus County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **Knowingly possess material that contains an image of child pornography that has been mailed, or shipped or transported in interstate of foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer**

in violation of Title 18, United States Code, Section(s) 2252(a)(4)(B) and 2252(a)(5)(B). I further state that I am a(n) Special Agent Kenneth Tam, Federal Bureau of Investigation and that this complaint is based on the following facts:

▸ **See affidavit**

_X_ Continued on the attached sheet and made a part hereof.

_Kenneth Tam_ (signature)
Signature of Complainant KENNETH TAM
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence
AUGUST 8, 2006  9th
Date

at FRESNO, CA
City and State

SANDRA M. SNYDER
MAGISTRATE JUDGE
Name and Title of Judicial Officer

_Snyder_ (signature)
Signature of Judicial Officer

EASTERN DISTRICT OF

CALIFORNIA

AFFIDAVIT

1.   I, Kenneth Tam, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over four years. I received over seventeen weeks of training at the FBI Academy in Quantico, Virginia in various investigative techniques. As part of my current duties, I investigate cases involving the sexual exploitation of minors. In the course of my law enforcement experience, I have received formal specialized training in the pattern and practices of sexual predators, pedophiles and other sexual offenders. I have participated in investigations of other subjects involved in sexual exploitation of minors. I have drawn on the experiences of other FBI special agents who have investigated the sexual exploitation of minors.

2.   The statements contained in this affidavit are based on an investigation by myself and other law enforcement officers with whom I have spoken or whose reports I have read, and upon my own experience and background.

3.   This affidavit is made in support of an arrest warrant for Ronald Allen Harvey, date of birth June 29, 1967.

Nature of the Investigation

4.   This investigation involves a violation of Federal Statue Title 18, Section 2252 (a)(4)(B) and 2252A(a)(5)(B) make it a federal crime for any person to knowingly possess any material that contains an image of child pornography that

1

has been mailed, or shipped or transported in interstate of foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer. This violation relates to the activities of Ronald Harvey.

5. Based on the facts set forth in this affidavit, I believe there is probable cause to believe that Ronald Harvey, in the Eastern District of California, knowingly possesses child pornography that has been mailed, or shipped or transported in interstate of foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

6. The term "child pornography," as used herein, is defined pursuant to Title 18, United States Code, Section 2256(8) as "any visual depiction, including any photography, film, video, picture or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or

1  modified to appear that an identifiable minor is engaging in
2  sexually explicit conduct."

### Facts and Circumstances

7. In August 2005, Special Agent (SA) David Condo of the Federal Bureau of Investigation (FBI), in an undercover capacity, purchased memberships in commercial web sites which contained child pornography. Membership in the web sites allowed a user to access child pornography. SA Condo was directed to transfer money into E-Gold Account #2181022 to purchase the memberships. SA Condo observed child pornography on the websites which he purchased a membership for. In December 2005, federal search warrants were executed on E-Gold computer servers and offices located in Orlando, Florida.

8. In order to receive the password needed to access the child porn websites that were purchased with E-Gold Account #2181022, a valid e-mail address had to be submitted by the purchaser.

9. The search warrants were able to obtain transaction history records for E-Gold Account #2181022 for June 2005 through September 2005. The records indicate that on July 15, 2005, a user transferred $130 from E-Gold Account #2237547 to E-Gold Account #2181022 from IP address 200.91.95.2. The user provided the following identification information:

    Account name:   janes doe
    User Name:      johndoe
    Name:           joe blow

1       Address:        1123 anywhere st, anyplace, tx
2       E-mail:         ronh_asi@hotmail.com
3       Phone:          888-555-1212
4       10.  On March 29, 2006, pursuant to an administrative
5   subpoena, Microsoft advised that ronh_asi@hotmail.com is
6   registered to Ron Harvey, (no city listed), California
7   95361.  A user accessed rohn_asi@hotmail.com from IP address
8   66.189.165.127 on 3/26/2006 at 1:10:10 p.m. Pacific Standard
9   Time, and from IP address 200.91.95.2 four times on 7/15/2005
10  from 8:10:22 a.m. Pacific Daylight Time through 7/15/2005
11  1:58:41 p.m. Pacific Daylight Time.
12      11.  On April 10, 2006, pursuant to an administrative
13  subponea, Charter Communications advised that IP address
14  66.189.165.127 on 3/26/2006 at 1:10:10 p.m. Pacific Standard
15  Time was assigned to Artemia Harvey, 7015 Turnberry Lane,
16  Riverbank, California  95367, with continuous service from
17  May 17, 2002 to April 10, 2006.
18      12.  On August 7, 2006, pursuant to Federal Search
19  Warrant signed by Magistrate Sandra M. Snyder, a search was
20  conducted at 7015 Turnberry Lane, Riverbank, California,
21  hereafter referred to as 7015 Turnberry.  Artemia Harvey,
22  Juan, Carolos, and Andrea were interviewed separately by SA
23  Tam during the execution of the search.  Artemia Harvey
24  advised that she is married to Ronald Harvey, and both live
25  at 7015 Turnberry.  Both have 3 children who live at 7015
26  Turnberry: Juan, age 14, Carlos, age 13, Andrea, age 11.
27  Artemia Harvey advised your affiant that the house currently
28  has high speed internet access through Charter

1  Communications. Ronald spends about a couple of hours each
2  day accessing the internet through a computer that is set up
3  in an office room at the home. Juan and Carlos have a
4  computer in their room that has access to the internet.
5  Andrea has a computer in her room that has access to the
6  internet. Artemia does not know anything about computers,
7  does not access the internet, and does not even know how to
8  turn on the computers. Ronald Harvey is employed as a water
9  system pump technician, and is currently out of the country
10 on a work job.

11      13.  Juan, Carlos, and Andrea advised that they access
12 the internet through their separate computers that are
13 located in their separate bedrooms. None of them use the
14 computer that is located in the office room, through which
15 Ronald Harvey access the internet. None of the three have
16 downloaded pornographic images through the internet.

17      14.  Pursuant to the execution of the search warrant on
18 August 7, 2006, a wireless network was discovered in 7015
19 Turnberry. A computer was located in the office room.
20 Artemia, Juan, Carlos, and Andrea advised that this computer
21 is used by Ronald Harvey. 5 Hard drives were installed on
22 this computer. During the search, a cursory inspection of
23 one of the hard drives was conducted. Thousands of images
24 and videos depicting nude women of apparently 16-18 years of
25 age in sexually explicit conduct were found on the hard
26 drive.

27      15.  In the search of the hard drive, Detective Lydell
28 Wall searched for any files containing the character string,

1  "r@ygold".  "r@ygold" is name common to files containing
2  depictions of child pornography from a known distributor of
3  child pornography.  Detective Wall has observed images
4  depicting child pornography on files with the character
5  string, "r@ygold" in previous investigations.  On the same
6  hard drive, a movie file labeled "R@ygold pee.mpg" was found
7  at  C\Documents and Settings\Ron\My Documents\My Videos\Videos 2\Realbutts\PP\R@ygold
8  pee.mpg.  The movie file was approximately 5 minutes in
9  length, and depicted two females of approximately 10 years of
10 age with exposed genital and pubic areas urinating on the
11 ground.

     16.   Ronald Harvey returned to his home residence on the
13 evening of August 7, 2006, and was interviewed by your
14 affiant, SA Kane and SA Warner, all of the FBI.  Prior to the
15 start of the interview, Ronald Harvey was advised that the
16 interviewing Agents had a second search warrant for any and
17 all computers in Harvey's possession.  After being advised of
18 his constitutional rights by your affiant, Ronald Harvey told
19 your affiant, "tell me what you've got."

     17.   Your affiant advised Ronald Harvey of the purchase
21 of subscriptions to websites containing images depicting
22 child pornography by an E-Gold account that came back to
23 Ronald Harvey.  Ronald Harvey admitted that he purchased
24 access through E-Gold to websites that featured young naked
25 females.  Ronald Harvey admitted that he currently pays for
26 access to websites containing pornographic images, including
27 those which feature images of young naked females, but those
28

1  websites contain the notice that, "all the images on the
2  website are legal in nature."
3      18.  Ronald Harvey admitted to recognizing files
4  containing the character string, "r@ygold".  Ronald Harvey
5  downloaded those files through a file sharing program called,
6  Kazaa, when Kazaa was still legal.  Ronald Harvey would
7  search for various keywords like, "porn" through Kazaa.  A
8  list of files would appear.  Ronald Harvey would then select
9  the files that he wanted to download, and then have the
10 program Kazaa obtain those files.  Ronald Harvey admitted
11 that he had thousands of images and hundreds of movies on his
12 computer.  Regarding the images, your affiant advised that
13 most of them depicted females of approximately 15 to 18 years
14 of age in sexually explicit conduct.  Ronald Harvey replied
15 that it was a matter of "interpretation" regarding the ages
16 of the females.
17     19.  Ronald Harvey admitted that he knew it was wrong to
18 obtain and download the images that are in his possession.
19 Ronald Harvey advised that he downloaded those images because
20 he was under stress, he was not getting enough sex from his
21 wife, and he decompressed by downloading and viewing the
22 images that were on his computer.

## Conclusion

24     16.  Based upon the foregoing, your affiant believes
25 that Ronald Harvey has violated Federal Statue Title 18,
26 Section 2252 (a)(4)(B) and  2252A(a)(5)(B) make it a federal
27 crime for any person to knowingly possess any material that
28 contains an image of child pornography that has been mailed,

7

1  or shipped or transported in interstate of foreign commerce
2  by any means, including by computer, or that was produced
3  using materials that have been mailed, or shipped or
4  transported in interstate or foreign commerce by any means,
5  including by computer. I request that an arrest warrant be
6  issued for Ronald Harvey.

_____
Kenneth Tam
Special Agent
Federal Bureau of Investigation
Modesto, California

Subscribed and sworn to before me this 9th day of August, 2006.

_____
U.S. Magistrate
SM SNYDER

8