# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** )<br>vs. )<br>Ronald Allen Harvey )<br>) | Case No. 1:06-CR-278 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ronald Allen Harvey____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following conditions of release: Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-6-07                 _____  02/26/2007
Signature of Defendant       Date                 Pretrial Services Officer        Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                          2/27/07
Signature of Assistant United States Attorney                  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                          02/20/07
Signature of Defense Counsel                                  Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   2/27/2007  .
[ ] The above modification of conditions of release is *not* ordered.

_____                          2/27/2007
Signature of Judicial Officer                                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services