```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, CA   93721
    Telephone: 559/497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8                EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )
                                 )
11       Plaintiff,              ) Case No:   1:cr-06- 00278 AWI
                                 )
12           vs.                 )
                                 ) STIPULATION AND ORDER FOR
13  RONALD HARVEY,               ) CONTINUANCE
                                 )
14       Defendant.              ) DATE:    June 11, 2007
                                 ) TIME:    9:00
15                               ) DEPT:    COURTROOM 2
                                 )          JUDGE ANTHONY W. ISHII
16  _____ )
```

17    **IT IS HEREBY STIPULATED** by and between the parties hereto

18 through their respective counsel that the matter currently set

19 for May 21, 2007 be continued to June 11, 2007 in Courtroom 2 at

20 9:00 a.m.  Defendant's counsel, Kimberly C. Ayers is unavailable

21 for the May 21, 2007 date. The parties also agree that any delay

22 resulting from this continuance shall be excluded in the interest

23 of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A)

24 and 3161(h)(8)(B)(I) and (iv).

25 Dated:   May 17, 2007              /s/ Kimberly C. Ayers
                                      KIMBERLY C. AYERS,
26                                    Attorney for Defendant
                                      Ronald Harvey
27
                                       /s/ Kimberly A. Sanchez
28  _____  KIMBERLY A. SANCHEZ

**ORDER**

   IT IS HEREBY ORDERED that the hearing currently set for May 21, 2007 at 9:00 a.m. is continued to June 11, 2007 at 9:00 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE