McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:06-cr-00278 AWI |
| ) | |
| Plaintiff,    ) | STIPULATION TO CONTINUE DATE |
| v.    ) | OF STATUS CONFERENCE |
| ) | |
| ) | |
| ) | DATE:   September 24, 2007 |
| RONALD HARVEY,    ) | TIME:   9:00 a.m. |
| ) | PLACE:  Courtroom 2 |
| Defendants.   ) | Honorable Anthony W. Ishii |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the status conference hearing presently scheduled before the Honorable Anthony W. Ishii for September 10, 2007 at 9:00 a.m. be continued to September 24, 2007 at 9:00 a.m.

   The parties agree that the resulting period of delay occurring between September 10, 2007, and the date of the status conference, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: September 6, 2007				McGregor W. Scott
						United States Attorney

					By:	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: September 6, 2007			/s/ Kimberly Ayers
						KIMBERLY AYERS
						Attorney for Defendant
						RONALD HARVEY

## ORDER

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for September 10, 2007 at 9:00 a.m. is continued until September 24, 2007 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   September 7, 2007**			/s/ Anthony W. Ishii
						UNITED STATES DISTRICT JUDGE