1  LAW OFFICES OF KIMBERLY AYERS
   KIMBERLY C. AYERS, SBN. 204260
2  801 10th Street 5th Floor Suite #107
   Modesto, CA 95354
3  Telephone: 209.521.1729
   Fax: 209.521.2942
4

5  Attorney for RONALD HARVEY

6

            UNITED STATES DISTRICT COURT, STATE OF CALIFORNIA
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,
                                          No. 1:06-cr-00278AWI
11                     Plaintiff,
                                          STIPULATION TO CONTINUE
12                                        ORDER TO CONTINUE DATE OF
         v.                               STATUS CONFERENCE
13                                        DATE: Dec. 3, 2007
                                          TIME: 9:00 a.m.
14 RONALD HARVEY,        Defendant        DEPT: COURTROOM 2
                                          HONORABLE ANTHONY W. ISHII
15

16

17         IT IS HEREBY STIPULATED by and between the parties hereto and through their

18 attorneys of record that the status conference hearing presently scheduled before the Honorable

19 Anthony W. Ishii for December 3, 2007 at 9:00 a.m. be continued to December 10, 2007 at 9:00

20 a.m.

21         The parties agree that the resulting period of delay occurring between December 3, 2007,

22 and the date of the status conference, shall continue to be excluded for speedy trial purposes

23 pursuant to 18 U.S.C. § 3161 (h)(1)(F).

24

25

26

27

28

1  IT IS SO STIPULATED.

2  DATED: November 29, 2007

3  /s/
   KIMBERLY C. AYERS
   Attorney for Defendant

5  DATED: November 29, 2007      McGregor W. Scott
                                 United States Attorney

   /s/
7  By: KIMBERLY A. SANCHEZ,
       Assistant U.S. Attorney

2

1 LAW OFFICES OF KIMBERLY C. AYERS
  KIMBERLY C. AYERS, SBN 204260
2 801 10th Street, 5th Floor, Suite 107
  Modesto, California 95354
3 209-5211729

4

5 Attorney for Ronald Harvey

6

7

8 IN THE UNITED STATES DISTRICT COURT FOR THE

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                Case No. 1:06-cr-00278 AWI

12         Plaintiff,                       [PROPOSED] ORDER TO CONTINUE
                                            DATE OF STATUS CONFERENCE
13 v.
                                            DATE: December 10, 2007
14 RONALD HARVEY,                           TIME: 9:00 a.m.
                                            PLACE: Courtroom 2
15 _____/          Honorable Anthony W. Ishii

16
   Upon the stipulation of the parties and good cause appearing therefore,
17
   IT IS HEREBY ORDERED that the status conference presently set for December 3, 2007
18
   at 9:00 a.m. is continued until December 10, 2007 at 9:00 a..m. to be heard before the Honorable
19
   Anthony W. Ishii, Courtroom 2.
20
21 DATED: _____11-30-07_____          _____
                                       HONORABLE ANTHONY W. ISHII
22

23

24

25

26

27

28

3