DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RONALD HARVEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-0278 AWI |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND ORDER THEREON |
| | ) | |
| RONALD HARVEY, | ) | DATE:  August 25, 2008 |
| | ) | TIME :  9:00 a.m. |
| Defendant. | ) | DEPT :  Hon. Anthony W. Ishii |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for April 28, 2008, may be continued to **August 25, 2008, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant additional time for further investigation and case preparation.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: April 21, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: April 21, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    April 22, 2008**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

Harvey  - Stipulation to Continue Status Conference        2