```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KIMBERLY A. SANCHEZ
    MARK J. McKEON
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  CR. No. 1:06-cr-00278 AWI
                                  )
12                  Plaintiff,    )  STIPULATION TO CONTINUE
                                  )  BRIEFING SCHEDULE AND MOTIONS
13       v.                       )  HEARING
                                  )
14  RONALD HARVEY,                )
                                  )  DATE: May 4, 2009
15                  Defendant.    )  TIME: 9:00 a.m.
    _____ )  COURT: Hon. Anthony W. Ishii
16

17       The parties, by and through their undersigned attorneys, hereby

18  stipulate and agree that the briefing schedule and hearing date on

19  defendant's Motion to Suppress may be changed as follows:

20       Event          Old Date            New Date

21       Response       March 9, 2009       April 13, 2009

22       Reply          March 23, 2009      April 27, 2009

23       Hearing        March 30, 2009      May 4, 2009
                        9:00 a.m.           9:00 a.m.
24

25       This request for continuance is made by new counsel for the

26  government to allow additional time for investigation of matters

27  raised by the defendant's motion and preparation before the hearing.

28  The requested continuance will conserve time and resources for all

                                    1
```

parties and the court.

The parties also agree that the delay resulting from the continuance shall be excluded as delay resulting from a pretrial motion under 18 U.S.C. § 3161(h)(1)(F).

DATED: March 16, 2009
LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: March 16, 2009
/s/ Eric Chase
ERIC CHASE
Attorney for defendant,
Ronald Harvey

ORDER

IT IS SO ORDERED.

**Dated:   March 23, 2009**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE