```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   MARK J. McKEON
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 1:06-cr-00278 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE BRIEFING SCHEDULE AND MOTIONS HEARING |
| v. | ) | |
| RONALD HARVEY, | ) | |
| Defendant. | ) | DATE: June 1, 2009<br>TIME: 9:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the briefing schedule and hearing date on defendant's Motion to Suppress may be changed as follows:

| Event | Old Date | New Date |
|---|---|---|
| Response | April 13, 2009 | April 27, 2009 |
| Reply | April 27, 2009 | May 11, 2009 |
| Hearing | May 4, 2009, 9:00 a.m. | June 1, 2009 9:00 a.m. |

This request for continuance is made by new counsel for the government to allow additional time for investigation of matters raised by the defendant's motion and preparation before the hearing. The requested continuance will conserve time and resources for all

1

parties and the court.

The parties also agree that the delay resulting from the continuance shall be excluded as delay resulting from a pretrial motion under 18 U.S.C. § 3161(h)(1)(F).

DATED: April 29, 2009     LAWRENCE G. BROWN
                                Acting United States Attorney

By: /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: April 29, 2009     /s/ Eric Chase
ERIC CHASE
Attorney for defendant,
Ronald Harvey

ORDER

IT IS SO ORDERED.

**Dated:   May 1, 2009**          **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE