1  UNITED DEFENSE GROUP, LLP
   Eric Chase, CA SBN 148030
2  Josh Solberg, CA SBN 230277
   4181 Sunswept Drive, Ste. 100
3  Studio City, CA 91604
   Telephone (818) 487-7400
4  Fax (818) 487-7414

5  Attorneys for Defendant
   RONALD HARVEY
6

**FILED**

AUG 31 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00278-AWI |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RONALD HARVEY | DATE: August 31, 2009 |
| Defendant. | TIME: 11:00 a.m. |
| | COURT: Hon. Anthony W. Ishii |

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the hearing date for the pending Status Conference, currently set for August 31, 2009 at 11:00 a.m. before Hon. Anthony W. Ishii, be continued to November 9, 2009, at 11:00 a.m. before Hon. Anthony W. Ishii.

This request for continuance is made by counsel for the defense to allow additional time for his computer forensic expert to complete an examination of the evidence at issue. The delay in arranging for the examination to occur was not due to lack of diligence by any party, but upon the prior commitments of the defense expert and the government agent with custody of the evidence in question. The requested continuance will conserve time and resources for all parties and the court.

///

///

---
MOTION TO SUPPRESS; MEMORANDUM OF POINTS AND AUTHORITIES;
AFFIDAVIT OF ERIC A. CHASE

1

1  The parties also agree that the delay resulting from the continuance shall be excluded as
2  delay resulting from a pretrial
3  motion under 18 U.S.C. § 3161(h)(8)(B)(4).

4
5  DATED: August 26, 2009            LAWRENCE G. BROWN
                                      Acting United States Attorney
6                                     By: /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
7                                     Assistant U.S. Attorney

8  DATED: August 26, 2009            /s/ Eric Chase
                                      ERIC CHASE
9                                     Attorney for defendant,
                                      Ronald Harvey
10
11                                    ORDER
12     IT IS SO ORDERED.
13  DATED: August 26, 2009            _____
14                                    HON. ANTHONY W. ISHII