| | |
|---|---|
| 1 | UNITED DEFENSE GROUP, LLP |
|   | Eric Chase, CA SBN 148030 |
| 2 | Josh Solberg, CA SBN 230277 |
|   | 4181 Sunswept Drive, Ste. 100 |
| 3 | Studio City, CA 91604 |
|   | Telephone (818) 487-7400 |
| 4 | Fax (818) 487-7414 |
| 5 | Attorneys for Defendant |
|   | RONALD HARVEY |

**FILED**
MAR 0[?] 2010
CLERK, EASTERN DISTRICT COURT
OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00278-AWI |
|---|---|---|
| Plaintiff, | ) | **MOTION TO EXONERATE BOND** |
| vs. | ) | COURT: Hon. Anthony W. Ishii |
| RONALD HARVEY | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Ronald Harvey, by and through his attorney, Eric A. Chase, and respectfully moves this Court to exonerate the bond and release the property attached in his case. Mr. Harvey was ordered released on an unsecured bond on August 11, 2006. That bond was modified by a security, to wit a Deed of Trust received by this Court on October 2, 2006, which was posted by Michael G. Harvey and LeeAnne J. Harvey, receipt number 1019500, recorder number 2006-0128909-00. Mr. Harvey was sentenced on March 1, 2010.

DATED: March 2, 2010

/s/ Eric Chase
ERIC CHASE
Attorney for defendant,
Ronald Harvey

## ORDER

IT IS SO ORDERED.

DATED: March _3_, 2010

_____
HON. ANTHONY W. ISHII

---

MOTION TO EXONERATE BOND

1